RECEIVED
IN LAKE CHARLES, LA

AUG 2 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RONALD A. DERISE** | : | DOCKET NO. 05-1154 |
| VS. | : | JUDGE MINALDI |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED, ADJUDGED, and DECREED that this matter be, and it is hereby affirmed and dismissed with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE